# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ANDREW JONES,

                              Plaintiff,

      -against-

THE YOUNG TURKS, INC.

                             Defendant.

Index No.: 18-cv-4099

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Andrew Jones and Defendant The Young Turks, by and through their undersigned counsel, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

| Hawgood Hawgood & Moran LLP<br>*Attorneys for Plaintiff*<br>10015 Old Columbia Rd. Suite B215<br>Columbia, Maryland 21046<br>(301) 439-0394<br><br>Date: 10/12/18<br>By: /s/ Alexander Hawgood | Jackson Lewis, P.C.<br>*Attorneys for Defendants*<br>666 Third Avenue, 29th Floor<br>New York, New York 10017<br><br><br>Date: 10.15.18<br>By: /s/ Wendy J. Mellk |
|---|---|

4821-0027-1475, v. 1